# THE UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States Small Business Administration, | ) ) ) ) | CASE NO.: 5:20CV2711 |
| Movant/Appellant, | ) ) ) | JUDGE JOHN ADAMS |
| v. | ) ) | **ORDER** |
| Weather King Heating & Air, Inc., | ) ) ) | |
| Respondent/Appellee | ) | |

Pending before the Court is Respondent's motion to complete the administrative record or in the alternative obtain leave to conduct discovery. Doc. 5. The motion is DENIED.

Respondent has failed to identify any document that was not included in the administrative record that should have been included. Moreover, Respondent has not identified any discovery that would assist in "completing" the record. Instead, Respondent appears to attack the validity of the SBA's contention that the Miller declaration is the entirety of the administrative record. Respondent is free to raise this argument in summary judgment briefing, but it offers no support for granting any relief at this preliminary stage of the proceedings.

Respondent's motion to complete the administrative record is DENIED.

IT IS SO ORDERED.


| | |
|---|---|
| <u>September 24, 2021</u> | <u>    /s/ *Judge John R. Adams*    </u> |
| Date | JUDGE JOHN R. ADAMS |
| | UNITED STATES DISTRICT COURT |